**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SAM MALKANDI, ) | |
| ) | |
| Petitioner, ) | Case No. C07-1858-RSM |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| ERIC HOLDER, Attorney General of the United ) States, et al., ) | |
| ) | |
| Respondents. ) | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return and Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's habeas petition is DISMISSED as moot; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 30 day of August 2010.

                             _____
                             RICARDO S. MARTINEZ
                             UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1